Andra L. MANUEL, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 358,2015

Supreme Court of Delaware.

Submitted: January 20, 2016

Decided: January 28, 2016

AFFIRMED.

Sandra MANNO and Manno Enterprises, LLC, Defendants/Counterclaim Plaintiffs Below, Appellants,

v.

CANCAN DEVELOPMENT, LLC, Robert A. Granieri, Robert J. Granieri and George Toth, Plaintiffs/counterclaim Defendants Below, Appellees.

No. 378, 2015

Supreme Court of Delaware.

Submitted: January 27, 2016

Decided: January 28, 2016

AFFIRMED.

In the MATTER OF the Petition of Daniel M. PASKINS, Jr. for a Writ of Mandamus

No. 617, 2015

Supreme Court of Delaware.

Submitted: January 25, 2016

Decided: January 28, 2016

DISMISSED.

Deneque N. DUNHAM, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 545, 2015

Supreme Court of Delaware.

Submitted: January 15, 2016

Decided: February 1, 2016

DISMISSED.